Commonwealth *v.* Ferree, Appellant.

Submitted March 10, 1969. *Arthur K. Dils,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Haywood, Appellant

Submitted April 14, 1969. *William C. Porter,* for appellant; *Richard DiSalle,* First Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.